JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND ROMELL PRYER, | NO. 22-1504-FMO(E) |
| Petitioner, | |
| v. | JUDGMENT |
| THERESA CISNEROS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 11, 2022.

```
                    /s/
          _____
              FERNANDO M. OLGUIN
          UNITED STATES DISTRICT JUDGE
```